# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>AARON BEAIRD,<br><br>      Defendant/Judgment Debtor,<br><br>     and<br><br>ONEAMERICA FINANCIAL PARTNERS, INC.,<br><br>            Garnishee. | NO.  2:14-MC-00120-RSL<br><br>     (CR12-0247-RSM-1)<br><br>**Order Terminating Garnishment Proceeding** |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding.  For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(A).

IT IS ORDERED that the garnishment is terminated and that OneAmerica Financial Partners, Inc., is relieved of further responsibility pursuant to this garnishment.

//

---

ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v. Aaron Beaird and OneAmerica Financial Partners, Inc.*, USDC#: 2:14-MC-00120-RSL/CR12-0247-RSM)-1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

1  DATED this 18th day of October, 2021.

*[signature]*
JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v. Aaron Beaird and OneAmerica Financial Partners, Inc.*, USDC#: 2:14-MC-00120-RSL/CR12-0247-RSM)-2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970